No. 8441. In re Application of CHET S. CASEY, confined in the Montana State Prison, for Writ of Habeas Corpus.

Decided May 12, 1943.

PER CURIAM.—The above application for writ of habeas corpus is denied.

No. 8451. STATE ex Rel. HENRY OVERLY v. DISTRICT COURT of the COUNTY of GRANITE and HON. R. E. McHUGH, Judge thereof.

Decided June 30, 1943.

PER CURIAM.—The petition of relator is denied.

*Mr. Edwin T. Irvine,* for Petitioner.